Submitted October 15, reversed and remanded
for resentencing November 19, 1979

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN HAYDEN HARVEY,
*Appellant.*

(No. 79-41, CA 14339)

602 P2d 353

Gary D. Babcock, Public Defender, and David E.
oom, Deputy Public Defender, Salem, filed the brief
r appellant.

Before Joseph, Presiding Judge, and Lee and
hardson, Judges.

PER CURIAM

## PER CURIAM

The indictment alleged that defendant's offense was committed between January 1, 1977, and December 31, 1977. The trial court made no finding that the offense was committed after October 4, 1977, which was the effective date of Oregon Laws 1977, chapter 2. The state therefore concedes that the court was without authority to impose a minimum sentence pursuant to ORS 144.110. *State v. Bussey*, 34 Or App 535, 79 P2d 264 (1978).

Reversed and remanded for resentencing.